# United States District Court
## Southern District of Georgia

NICHOLAS ZACHARIA EDWARDS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-124

MS. TOBY; TREVONZA BOBBITT; MR. PASCHAL; and TREVOKA JOHNSON,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated March 11, 2020, adopting the Report and Recommendation of the U.S. Magistrate as the opinion of this Court, judgment is hereby entered dismissing Plaintiff's Complaint without prejudice and denying Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____



March 17, 2020  
*Date*

Scott L. Poff  
*Clerk*

(By) Deputy Clerk